IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHARLES JASON BENEDICT, #01473432 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:14cv73 |
| | § | |
| STATE OF TEXAS, ET AL. | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that Plaintiff's case should be dismissed with prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The court has conducted a *de novo* review of the objections raised by Plaintiff and concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the conclusions of the court. It is therefore

**ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice against all defendants until and unless the *Heck* conditions are met. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 29th day of June, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE